## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY B. WILLIAMSON**                                                                    **PLAINTIFF**
**ADC #109343**

**v.**                                    **Case No. 4:23-cv-00324-KGB**

**DEXTER PAYNE,** *et al.*                                                                   **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Anthony B. Williamson's amended complaint is dismissed without prejudice (Dkt. No. 6). The relief sought is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So adjudged this 15th day of June, 2026.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge